ACCEPTED
06-15-00081-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/10/2015 7:15:38 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00081-CR

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | IN THE | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| VS. | § | 6th COURT | 7/10/2015 7:15:38 PM<br>DEBBIE AUTREY<br>Clerk |
| | § | | |
| BOBBY JOE EVENS | § | OF APPEALS | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Bobby Joe Evens, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case was appealed on May 06, 2015 from the 196TH Judicial District Court of Hunt County, Texas.

2.     The original case appealed from was styled the STATE OF TEXAS vs. BOBBY JOE EVENS, Cause Number 27,364.

3.     Appellant was convicted of Possession of a Controlled Substance, with Intent to Deliver, Namely: Cocaine, Four Grams or More but Less than Two Hundred Grams.

4.     Appellant was sentenced to Life in the Texas Department of Corrections on April 10, 2015.

5. Notice of appeal was given on May 06, 2015.

6. Defendant is currently incarcerated.

7. The appellate brief is presently due on July 10, 2015.

8. Appellant requests a 30 day extension from the present date.

9. This is appellant's first requested extension and no other extensions have been granted to appellant at this time.

10. The clerk's record was filed on June 10, 2015; the complete reporter's record was filed on June 09, 2015.

11. Appellant presents the following facts as good cause for the requested extension:

Appellant's attorney, Elisha Hollis was appointed to two consecutive appeals including this one, both of which were due on July 10, 2015. Between completing the first of the two appeals, cause NO. 06-15-00079-CR, scheduled vacations, and many other cases and hearings, Appellant's attorney did not have sufficient time to complete this appeal.

Furthermore, Appellant has communicated with his counsel that he is not opposed to an extension of time before a brief is filed on his behalf.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

The Law Office of Elisha Hollis
2608 Stonewall Street
Greenville, Texas 75401
Tel: (903) 450-2473
Fax: (903) 200-1290
ElishaHollis@gmail.com

By: /s/ Elisha Hollis
Elisha Hollis
State Bar No. 24083189
Attorney for Bobby Joe Evens

## CERTIFICATE OF SERVICE

This is to certify that on July 10, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Hunt County

Texas, by electronic filing system and by hand delivery.

/s/ Elisha Hollis
Elisha Hollis